IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | No. 17-4299 |
| ) | |
| JOHN M. PRICE, Individually and d/b/a ) | |
| PRICE FUNERAL HOME, ET AL., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**DISCLAIMER OF INTEREST AND NOTICE OF DISMISSAL OF DEFENDANT HAVERFORD CONGREGATION KINGDOM HALL OF JEHOVAH'S WITNESSES**

It is hereby stipulated and agreed by Plaintiff the United States of America and Defendant Haverford Congregation Kingdom Hall of Jehovah's Witnesses (the "Haverford Congregation"):

1. On September 25, 2017, the United States filed the instant complaint to, *inter alia*, foreclose federal tax liens against certain real property located at 609-611 North 43rd Street and 613-611 North 43rd Street, Philadelphia, Pennsylvania (the "subject properties"). (ECF doc. 1.)

2. The Haverford Congregation was named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the subject properties. (*Id.*)

3. The Haverford Congregation has received a copy of the complaint and it waives service of process of a summons.

4. The Haverford Congregation has no interest in, and disclaims any interest in, the real property located at 609-611 North 43rd Street and 613-611 North 43rd Street, Philadelphia, Pennsylvania.

5. In light of its disclaimer, there is no reason for the Haverford Congregation to participate as a party in this case.

6. Accordingly, the Haverford Congregation should be, and hereby is, dismissed from this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: 1/9/2018

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

STEPHEN S. HO (NY 5173083)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Tel.: (202) 616-8994
Fax: (202) 514-6866
Stephen.S.Ho@usdoj.gov
*Counsel for the United States*

Dated: 1/9/2018

LOUIS P. LOMBARDI II, ESQUIRE
Louis P. Lombardi II & Associates, P.C.
1000 Germantown Pike J6
Plymouth Meeting, PA 19462
Tel: (610) 239-7600
Fax: (610) 275-6604
loulombardi@loulombardilaw.com
*Counsel for Defendant Haverford Congregation Kingdom Hall of Jehovah's Witnesses*